IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA RAMSAWMY,

        Appellant,

 v.

                                     Case No.  5D21-1981
                                     LT Case Nos. 2018-CF-010703-B-O
                                                   2018-CF-010782-A-O

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

William R. Ponall, of Ponall Law,
Maitland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, HARRIS and SASSO, JJ., concur.